NO. 07-08-0455-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MARCH 3, 2009

_____

MELISSA RENEE WARD,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B17602-0805; HON. ED SELF, PRESIDING

_____

*Memorandum Anders Opinion*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

After a jury trial, Melissa Renee Ward was convicted of the offense of escape. Punishment was assessed by the jury at three years confinement in the Texas Department of Criminal Justice.

Appellant's appointed counsel has filed a motion to withdraw, together with an *Anders*[1] brief, wherein he certifies that, after diligently searching the record, he has concluded that appellant's appeal is without merit. Along with his brief, he has filed a copy of a letter sent to appellant informing her of counsel's belief that there was no reversible error and of appellant's right to file a response *pro se.* By letter dated January 16, 2009, this court also notified appellant of her right to file her own response and set February 17, 2009, as the deadline to do so. To date, neither a response nor a request for extension of time to file a response has been received.

In compliance with the principles enunciated in *Anders*, appellate counsel discussed whether the evidence was legally and factually sufficient to sustain the jury's verdict. However, he concluded that it was. We also conducted our own review to assess the accuracy of appellate counsel's conclusion and to uncover any reversible error pursuant to *Stafford v. State,* 813 S.W.2d 503 (Tex. Crim. App. 1991). Our own review has failed to reveal any reversible error.

Accordingly, the motion to withdraw is granted, and the judgment is affirmed.


Brian Quinn
Chief Justice

Do not publish.

---

[1] *See Anders v. California,* 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

2